Hubert H. Kuo (SBN 204036)
    hkuo@ardentlawgroup.com
Jennifer C. Berschauer (SBN 203977)
    jberschauer@ardentlawgroup.com
ARDENT LAW GROUP, P.C.
4340 Von Karman Ave., Suite 290
Newport Beach, CA 92660
Tel: (949) 299-0188
Fax: (949) 299-0127

Attorneys for
Defendants/Counterclaimants ARTIST
INTERNATIONAL CO., LTD., and ERAS
SPORTING CO., LTD., Defendants LI-
WEI HOU, and LI-MING HSU

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDADAY, INC., a Delaware corporation, and VICTOR YANG, an individual<br><br>Plaintiffs,<br><br>v.<br><br>ARTIST INTERNATIONAL CO., LTD., a foreign corporation, ERAS SPORTING CO., LTD., a foreign corporation, SUZHOU AIDISITE TRADING CO., LTD., a foreign corporation, LI-MING HSU, an individual, LI-WEI HOU, an individual, HUNG-WEN CHEN, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>**AND ALL RELATED CROSS-CLAIMS** | Case No. 2:21-cv-05525-AB (PLAx)<br>Assigned for all purposes to:<br>Hon. Judge Andre Birotte Jr.<br>Courtroom 7B<br><br>**DECLARATION OF CAIXING MA IN SUPPORT OF DEFENDANTS/COUNTERCOMPLAINANTS' REPLY TO PLAINTIFFS/CROSS-DEFENDANTS' OPPOSITION TO APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT**<br><br>**Hearing:**<br>**Date: May 11, 2022**<br>**Time: 10:00 a.m.**<br>**Courtroom 780**<br><br>*[Filed concurrently with Defendants/Cross-Complainants' Reply to Plaintiffs/Cross-Defendants; Opposition; Declaration of Yi-Bi Lin; and Evidentiary Objections to Declaration of Victor Yang]* |

I, Caixing Ma, declare:

1.      I am an attorney admitted to practice in California and an associate attorney at Ardent Law Group, P.C., counsel for Defendants Artist International Co., Ltd ("Artist"), Eras Sporting Co., Ltd ('Eras"), Yi-Bi Lin ("Ms. Lin"), and Li-Wei Hou ("Mr. Hou") (collectively "Defendants").

2.      I make this declaration in support of Defendants' Reply to Plaintiffs' Opposition to Defendants' Application for Right to Attach Order and Order for Issuance of Writ of Attachment. If called as a witness, I could testify competently to the facts I set forth here.

3.      On or about May 14, 2021, when Plaintiffs Addaday Inc. ("Addaday") and Victor Yang ("Yang") (collectively "Plaintiffs") failed to make timely payments in accordance with the Stock Repurchase Agreement, the Agreement on Debt Guarantee, and Plaintiffs' Promissory Notes respective to these agreements, I contacted Plaintiffs' counsel at the time Afshin Hakim ("Mr. Hakim") to inquire about the payment status.

4.      On or about May 17, 2021, Mr. Hakim responded that Plaintiffs experienced "significant returns of defective products". I conferred with Ms. Lin regarding the alleged defective products, and Ms. Lin told me that they have been asking Plaintiffs to provide proof of the defective products and Plaintiffs failed to provide any. I relayed the response to Mr. Hakim, and Mr. Hakim stated that the Plaintiffs will prepare some documents to prove the products were defective. Mr. Hakim's May 17, 2021 email is attached hereto as **Exhibit 1.**

5.      On or about June 3, 2021, Mr. Hakim provided me an Excel spreadsheet summarizing the returns on the alleged defective products. According to Mr. Hakim, the Excel spreadsheet is to show the alleged defective products. According to Mr. Hakim, the total monetary amount for the defective products "will probably come closer to $350,000". Mr. Hakim's June 3, 2021 email is attached hereto as **Exhibit 2.**

2

6.      On or about June 14, 2021, Mr. Hakim again sent to me an Excel spreadsheet summarizing the returns of Defendants' products. Both spreadsheets (one was sent on June 3, 2021, and the other one was sent on June 14, 2021) were created by Plaintiffs, and neither spreadsheet show how Defendants' products were defective as they have no pictures, documentation from the retailers, return merchandise authorizations, or end user complaints. Within the same email, Mr. Hakim sent to me a letter stating that the Excel spreadsheet coming with this email was "the documentation reflecting the returns". Mr. Hakim's June 14, 2021 email is attached hereto as **Exhibit 3**. The letter within Mr. Hakim's June 14, 2021 email is attached hereto as **Exhibit 4**.

7.      On or about June 16, 2021, Mr. Hakim sent an email to me, which included a summary of products destroyed by Target. However, no reasoning was provided with respect to why Target would destroy the products. In addition, there is no indication as to whose products were destroyed. Mr. Hakim's June 16, 2021 email is attached hereto as **Exhibit 5.**

8.      On or about June 18, 2021, Mr. Hakim sent another email to me, which included the alleged evidence of individual returns. The "evidence" was also an Excel spreadsheet. Mr. Hakim's June 18, 2021 email is attached hereto as **Exhibit 6.**

I declare under penalty of perjury and pursuant to the laws of the United States that the foregoing is true and correct and if sworn as a witness I would testify competently thereto.

Executed this 9th day of May 2022 in the city of Irvine, California.

_/s/ Caixing Ma_____
Caixing Ma

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit 1

DECLARATION OF CAIXING MA IN SUPPORT OF REPLY TO OPPOSITION TO RIGHT TO ATTACH
ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT

**jylee@ardentlawgroup.com**

| | |
|---|---|
| **From:** | Afshin Hakim <afshin@hakimlawgroup.com> |
| **Sent:** | Monday, May 17, 2021 2:32 PM |
| **To:** | Marcus Ma |
| **Subject:** | RE: Addaday, Victor Yang, Disputes with Eras, Arist International |

Marcus,

Thanks for providing this; I will separately follow up.  With respect to the $1,180,000 that is outstanding, I want to provide you with some background and context.

My client agreed to repurchase the 30% equity stake of Eras in Addaday and continue the supply relationship with your client.  Shortly thereafter, my client experienced significant returns of defective products and a material increase in cost of supplies without legitimate basis, precluding it from making it's payment obligations.   To that end, my client is requesting a discount of $280,000 from the $1,180,000 currently outstanding.

Of the $900,000 balance, they will make a good faith payment of $150,000 on or before June 7, 2021; the remainder will be paid in two traunches of $375,000 each as of October 1, and December 1, 2021.

Please let me know if your client is amenable to the following proposal.

Sincerely,

Afshin



**Afshin Hakim**
**Hakim Law Group**
**11812 San Vicente Blvd., Suite 380**
**Los Angeles, CA  90049**
**(424) 299-8913 (w)**
**(310) 993-2203 (c)**
**(310) 943-2156 (fax)**
**Email:**  afshin@hakimlawgroup.com
www.hakimlawgroup.com

---

**From:** Marcus Ma <mma@ardentlawgroup.com>
**Sent:** Monday, May 17, 2021 2:11 PM
**To:** Afshin Hakim <afshin@hakimlawgroup.com>
**Subject:** RE: Addaday, Victor Yang, Disputes with Eras, Arist International

Afshin,
    It was nice talking to you. Below is a summary of the goods where your clients have signed the proforma invoices.

| PI# | PI signed back date | model | product | units | Unit price |
|---|---|---|---|---|---|
| 20ADD#C11 | 2020/5/28 | EG0219-12 | Bio6 | 2000 | US$33.40 |
| 19ADD#C60 | 2019/12/24 | EG0304-11 | BioZoom Pro | 4 | US$974.00 |

| 20ADD#C15 | 2020/7/13 | MS2955-30 | Tooling cost | 1 | US$25,000.00 |
| 20ADD#C15 | 2020/7/13 | MS2955-30 | Biozoom Plus | 1268 | US$62.20 |
| 20ADD#C25 | 2020/10/13 | | Charger for biozoom plus | 100 | US$2.82 |
| 20ADD#C15 | 2020/7/13 | MS2955-30 | Biozoom Plus | 2800 | US$62.20 |
| 20ADD#C20 | 2020/8/28 | MS2959-01 | BioZoom Jr. | 340 | US$48.09 |
| 20ADD#C23 | 2020/9/18 | MS2959-01 | BioZoom Jr. + BLE | 1000 | US$53.29 |
| 20ADD#C26 | 2020/10/14 | EG0103-13 | Biozoom Edge | 2360 | US$44.30 |
| 20ADD#C29 | 2020/11/19 | | Biozoom plus case | 72 | US$4.30 |

Caixing "Marcus" Ma, Esq.
Ardent Law Group, PC
4340 Von Karman Ave, Suite 290
Newport Beach, California 92660
Tel: 949-299-0188
Fax: 949-299-0127


-----------------------------------------------

This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.


**From:** Afshin Hakim <afshin@hakimlawgroup.com>
**Sent:** Friday, May 14, 2021 4:00 PM
**To:** Marcus Ma <mma@ardentlawgroup.com>
**Subject:** RE: Addaday, Victor Yang, Disputes with Eras, Arist International

2pm works for me.  Do you want me to call you on your office number (949-299-0188)?

Afshin



**Afshin Hakim**
**Hakim Law Group**
**11812 San Vicente Blvd., Suite 380**
**Los Angeles, CA  90049**
**(424) 299-8913 (w)**
**(310) 993-2203 (c)**
**(310) 943-2156 (fax)**
**Email:** afshin@hakimlawgroup.com
www.hakimlawgroup.com

**From:** Marcus Ma <mma@ardentlawgroup.com>
**Sent:** Friday, May 14, 2021 3:53 PM
**To:** Afshin Hakim <afshin@hakimlawgroup.com>
**Subject:** RE: Addaday, Victor Yang, Disputes with Eras, Arist International

I am available in the afternoon on Monday. How about 2pm?

Caixing "Marcus" Ma, Esq.
Ardent Law Group, PC
4340 Von Karman Ave, Suite 290
Newport Beach, California 92660
Tel: 949-299-0188
Fax: 949-299-0127

---------------------------------------------------

This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

---

**From:** Afshin Hakim <afshin@hakimlawgroup.com>
**Sent:** Friday, May 14, 2021 3:50 PM
**To:** Marcus Ma <mma@ardentlawgroup.com>
**Subject:** RE: Addaday, Victor Yang, Disputes with Eras, Arist International

Marcus,

Are you available on Monday to discuss this?  If so, please let me know some times that work for you.

Afshin

**Afshin Hakim**
**Hakim Law Group**
**11812 San Vicente Blvd., Suite 380**
**Los Angeles, CA  90049**
**(424) 299-8913 (w)**
**(310) 993-2203 (c)**
**(310) 943-2156 (fax)**
**Email:**  afshin@hakimlawgroup.com
www.hakimlawgroup.com

---

**From:** Marcus Ma <mma@ardentlawgroup.com>
**Sent:** Friday, May 14, 2021 3:40 PM
**To:** Afshin Hakim <afshin@hakimlawgroup.com>
**Subject:** Addaday, Victor Yang, Disputes with Eras, Arist International

Afshin,
    My name is Marcus. Our firm if retained by Eras Sporting Co., and Arist International Co., ltd, for the matter with Addaday Inc. and Victor Yang. According to the record, Addaday and Victor owe our clients for more than $1,000,000 US Dollars. Victor gave our clients your information, representing you are his attorney. I would like to talk to you and see what is your client's position on this matter.
    We can set up a time for the call. Please advise, thank you.

Caixing "Marcus" Ma, Esq.
Ardent Law Group, PC
4340 Von Karman Ave, Suite 290

Newport Beach, California 92660
Tel: 949-299-0188
Fax: 949-299-0127

--------------------------------------------------

This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit  2

DECLARATION OF CAIXING MA IN SUPPORT OF REPLY TO OPPOSITION TO RIGHT TO ATTACH
ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT

**From:**           Afshin Hakim <afshin@hakimlawgroup.com>
**Sent:**           Thursday, June 3, 2021 6:09 PM
**To:**             Marcus Ma
**Subject:**        RE: Addaday, Victor Yang, Unpaid Balance re Addaday's Promissory Note
**Attachments:**    Returns521PM.xlsx

Marcus,

I have attached just a preliminary spreadsheet on the $250,000+ worth of defective products that your client is responsible for and this is not fully updated – the final number will probably come closer to $350,000.  The damages cause by this gross negligence hits the business in a number of additional ways, including negative reviews and reduced payment from the big stores.

I would advise your client to re-consider the offer and hopefully we can come to an amicable resolution on this.  My client wants to pay off its obligations but there needs to be some accountability for defective products on your clients part.

Thank you,

Afshin


**Afshin Hakim**
**Hakim Law Group**
**11812 San Vicente Blvd., Suite 380**
**Los Angeles, CA  90049**
**(424) 299-8913 (w)**
**(310) 993-2203 (c)**
**(310) 943-2156 (fax)**
**Email:**  afshin@hakimlawgroup.com
www.hakimlawgroup.com

---

**From:** Marcus Ma <mma@ardentlawgroup.com>
**Sent:** Wednesday, June 2, 2021 12:39 PM
**To:** Afshin Hakim <afshin@hakimlawgroup.com>
**Subject:** Addaday, Victor Yang, Unpaid Balance re Addaday's Promissory Note

Afshin,

    According to the fully executed Agreement on Debt Guarantee and Sale of Equity of Addaday, Inc. and the Promissory Note for $1,491,764.70 USD by Addaday, Inc. ("Addaday"), Addaday owed to Artist International Co., Ltd. ("Artist International") $1,491,764.70 USD. Addaday is to pay $93,235.00 every month, starting on October 1, 2020.

    According to the most updated record of Artist International, as of June 2, 2021, Addaday paid only $374,705.00, and the last payment was made on or about March 9, 2021. On June 1, 2021, Addaday was supposed to pay the installment for June 2021, but Artist International has not received any payment for June, 2021 from Addaday. This email shall be a written notice of default on Addaday and Victor Yang, for all unpaid monthly installments, including monthly installments for March 2021, April 2021, May 2021 and June 2021.

1

 Please ask Addaday or Victor Yang to pay the unpaid monthly installments, where they are and have been in default. Thank you, and looking forward to hear from you.

Caixing "Marcus" Ma, Esq.
Ardent Law Group, PC
4340 Von Karman Ave, Suite 290
Newport Beach, California 92660
Tel: 949-299-0188
Fax: 949-299-0127


---------------------------------------------------

This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit  3

6

| | |
|---|---|
| **From:** | Afshin Hakim <afshin@hakimlawgroup.com> |
| **Sent:** | Monday, June 14, 2021 12:57 PM |
| **To:** | Marcus Ma |
| **Cc:** | Vic Addaday |
| **Subject:** | RE: Addaday, Victor Yang, Unpaid Balance re Addaday's Promissory Note |
| **Attachments:** | Addaday Inc  - Correspondence to Eras (HLG 6-14-21).pdf; Addaday - Eras Related Returns from Defective Products (6-3-21).xlsx |

Dear Marcus,

Please see the attached correspondence in connection with matter between your client and Addaday, Inc.

Sincerely,

Afshin

**Afshin Hakim**
**Hakim Law Group**
**11812 San Vicente Blvd., Suite 380**
**Los Angeles, CA  90049**
**(424) 299-8913 (w)**
**(310) 993-2203 (c)**
**(310) 943-2156 (fax)**
**Email:**  afshin@hakimlawgroup.com
www.hakimlawgroup.com

---

**From:** Afshin Hakim
**Sent:** Thursday, June 3, 2021 6:09 PM
**To:** Marcus Ma <mma@ardentlawgroup.com>
**Subject:** RE: Addaday, Victor Yang, Unpaid Balance re Addaday's Promissory Note

Marcus,

I have attached just a preliminary spreadsheet on the $250,000+ worth of defective products that your client is responsible for and this is not fully updated – the final number will probably come closer to $350,000.  The damages cause by this gross negligence hits the business in a number of additional ways, including negative reviews and reduced payment from the big stores.

I would advise your client to re-consider the offer and hopefully we can come to an amicable resolution on this.  My client wants to pay off its obligations but there needs to be some accountability for defective products on your clients part.

Thank you,

Afshin

**Afshin Hakim**
**Hakim Law Group**
**11812 San Vicente Blvd., Suite 380**
**Los Angeles, CA  90049**
**(424) 299-8913 (w)**
**(310) 993-2203 (c)**
**(310) 943-2156 (fax)**
**Email:** afshin@hakimlawgroup.com
www.hakimlawgroup.com

---

**From:** Marcus Ma <mma@ardentlawgroup.com>
**Sent:** Wednesday, June 2, 2021 12:39 PM
**To:** Afshin Hakim <afshin@hakimlawgroup.com>
**Subject:** Addaday, Victor Yang, Unpaid Balance re Addaday's Promissory Note

Afshin,

    According to the fully executed Agreement on Debt Guarantee and Sale of Equity of Addaday, Inc. and the Promissory Note for $1,491,764.70 USD by Addaday, Inc. ("Addaday"), Addaday owed to Artist International Co., Ltd. ("Artist International") $1,491,764.70 USD. Addaday is to pay $93,235.00 every month, starting on October 1, 2020.

    According to the most updated record of Artist International, as of June 2, 2021, Addaday paid only $374,705.00, and the last payment was made on or about March 9, 2021. On June 1, 2021, Addaday was supposed to pay the installment for June 2021, but Artist International has not received any payment for June, 2021 from Addaday. This email shall be a written notice of default on Addaday and Victor Yang, for all unpaid monthly installments, including monthly installments for March 2021, April 2021, May 2021 and June 2021.

    Please ask Addaday or Victor Yang to pay the unpaid monthly installments, where they are and have been in default. Thank you, and looking forward to hear from you.

Caixing "Marcus" Ma, Esq.
Ardent Law Group, PC
4340 Von Karman Ave, Suite 290
Newport Beach, California 92660
Tel: 949-299-0188
Fax: 949-299-0127

----------------------------------------------------

This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit  4

DECLARATION OF CAIXING MA IN SUPPORT OF REPLY TO OPPOSITION TO RIGHT TO ATTACH
ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT

11812 San Vicente Blvd., Suite 380
Los Angeles, CA  90049
Tel (424) 299-1813
afshin@hakimlawgroup.com
www.hakimlawgroup.com



**June 14, 2021**

**Privileged and Confidential Settlement Communication Pursuant to California Evidence Code Section 1152**

<u>**VIA ELECTRONIC MAIL**</u>

Caixing "Marcus" Ma, Esq.
Ardent Law Group, PC
4340 Von Karman Ave, Suite 290
Newport Beach, California 92660

> ***Re:  Confidential Rule 408 Settlement Offer With Eras Sporting Co., Ltd. and Artist International Co., Ltd.***

Dear Marcus:

As you are aware, our firm represents Addaday, Inc. ("***Addaday***").  This letter is in response to your email dated June 2, 2021, regarding payment obligations under that certain Promissory Note dated September 2, 2020 (the "***Note***"), by Addaday in favor of Artist International Co., Ltd. ("***Artist International***").  As I previously communicated in my email dated June 3, 2021, Addaday has suffered and continues to suffer significant damages and losses as a result of the gross negligence attributable to your client's defective manufacturing.  To date, Addaday has suffered direct damages in excess of $250,000 resulting from returned products due to manufacturing defects.  I have included the documentation reflecting the returns once again for your records.  These product returns have cause other significant damage to the reputation of Addaday with customers and retailers, not to mention additional financial damages incurred from a cash flow perspective.  While it is currently difficult to quantify the total damages that Addaday has suffered and continues to suffer as a result of your client's gross negligence, we can assure you that it would be in excess of remaining balance owing under the Note.  At this time, Addaday wishes to sever all business relations with your client.

According to our client's calculations, there is approximately $1,150,000 currently outstanding under the Note.  Addaday proposes that due to the significant losses it has incurred at the hands of your client, the principal amount be reduced to $950,000, which Addaday will agree to pay in six (6) equal monthly installments starting July 1, 2021.  In addition, as part of the overall global settlement, Victor Yang's personal obligation in connection with the purchase of Addaday shares from Eras Sporting Co., Ltd ., which currently stands at $280,000, will also be paid out in six (6) equal monthly installments as of July 1, 2021.

The following settlement offer would be contingent on the parties entering into a global settlement pursuant to which each party provides the other a full release other than the obligations mutually negotiated in the settlement agreement.

Our client desires to resolve this matter amicably and assumes you do as well. We are hopeful, therefore, that having been apprised of the foregoing, you will choose at this time to agree voluntarily to our proposed settlement offer and avoid any unnecessary legal intervention. We are sure that you understand that our proposal to resolve this matter without resorting to litigation is for settlement purposes only and without prejudice to any of Addaday's rights, which are expressly reserved. This correspondence does not constitute an exhaustive statement of Addaday's position nor is it a waiver of any rights or remedies in this or any other related business, civil, criminal, or other matter.

Thank you for your prompt cooperation in this matter. Please note that the following communication shall be considered privileged settlement negotiations under Section 1152 of the California Evidence Code. Please call me if you have any questions regarding the foregoing.

Sincerely,

Afshin Hakim, Esq.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit  5

| | |
|---|---|
| **From:** | Afshin Hakim <afshin@hakimlawgroup.com> |
| **Sent:** | Wednesday, June 16, 2021 8:48 AM |
| **To:** | Marcus Ma |
| **Cc:** | Vic Addaday |
| **Subject:** | RE: Addaday, Victor Yang, Unpaid Balance re Addaday's Promissory Note (FRE 408 Settlement Communications; Cal Evid Code 1152 Settlement Negotiations) |
| **Attachments:** | Target Deductions CB501.xlsx; Addaday - Evidence of Target Returns.pdf |

Marcus,

Following up on my previous email, I have attached further evidence of all of the returns from Target; this is indicative of the gross negligence attributable to your client in manufacturing the product and they will be held responsible for all of the damages caused to my client.

In addition, my client has recently discovered that Eras has surreptitiously filed for a trademark under the "Addaday" brand (the company brand name which they were engage to manufacture products for) in China. This is completely unacceptable and the settlement of any payment obligations of Addaday on the existing note will be contingent on your client assigning all rights to the Addaday trademark to my client.

Sincerely,

Afshin


**Afshin Hakim**
**Hakim Law Group**
**11812 San Vicente Blvd., Suite 380**
**Los Angeles, CA  90049**
**(424) 299-8913 (w)**
**(310) 993-2203 (c)**
**(310) 943-2156 (fax)**
**Email:** afshin@hakimlawgroup.com
www.hakimlawgroup.com

---

**From:** Afshin Hakim
**Sent:** Tuesday, June 15, 2021 9:16 AM
**To:** Marcus Ma <mma@ardentlawgroup.com>
**Cc:** Vic Addaday <vic@addaday.com>
**Subject:** RE: Addaday, Victor Yang, Unpaid Balance re Addaday's Promissory Note (FRE 408 Settlement Communications; Cal Evid Code 1152 Settlement Negotiations)

Marcus,

I appreciate the response and we will get you additional proof of defective products that have cause over $260,000. I respectfully disagree that returns should have no bearing on amounts owed to Eras/Artist; as the line of credit provided to Addaday was used to purchase products from Eras/Artist – products that were defective. So it absolutely does have

bearing.  My client has repeatedly asked them to fix the issues to no avail.  So while the $38,000 reduction is a nice gesture, it does not make my client whole.

In addition, please send us copies of the invoices for $383,722.64; I am assuming this is for product that has not been shipped yet.  Honestly, based on the track record so far, my client has no intent on doing more business with Eras/Artist as the products continue to be returned.  As a minimum, they may consider it if there's a guarantee that any additional future returns would be credited dollar for dollar and they hold back at least half of the payment to offset against such returns.

Thanks,

Afshin


**Afshin Hakim**
**Hakim Law Group**
**11812 San Vicente Blvd., Suite 380**
**Los Angeles, CA  90049**
**(424) 299-8913 (w)**
**(310) 993-2203 (c)**
**(310) 943-2156 (fax)**
**Email:**  afshin@hakimlawgroup.com
www.hakimlawgroup.com

---

**From:** Marcus Ma <mma@ardentlawgroup.com>
**Sent:** Tuesday, June 15, 2021 8:46 AM
**To:** Afshin Hakim <afshin@hakimlawgroup.com>
**Subject:** RE: Addaday, Victor Yang, Unpaid Balance re Addaday's Promissory Note (FRE 408 Settlement Communications; Cal Evid Code 1152 Settlement Negotiations)

Afshin,
I have relayed the proposal to the clients, and here is clients' counter:

1.  As to the outstanding payment obligations based on the goods delivered and the Agreement on Debt Guarantee, Promissory Note, and Personal Guarantee by Victor Yang, in the amount of $1,117,059.70 USD. The debt is for goods delivered. Based on a  good faith gesture and for the relationship between the parties, our clients have not charged any interest for the outstanding balance. However, clients are willing to provide a $38,000 USD good faith discount to this amount, and make it $1,079,059.70 USD, payable in six months in equal installments, staring from July 1, 2021.

2.  As to the orders where Addaday has signed the PIs, as part of the settlement, Addaday will need to pay for them within three months. The amount is $383,722.64 USD.

3.  As to the amount owed for purchasing Eras' shares $253,500.00 USD, our clients agree to be paid within 6 months in equal installments, starting from July 1, 2021

4.  As to the alleged defective goods, our clients have certain protocol to follow. Our clients have tried communicating with Addaday and urged Addaday to provide proof of the return and defect (listing numbers is not enough). Our clients are willing to work with Addaday and have the problems for any defective products resolved, but Addaday needs to provide more proofs, as it has been urged to provide such proofs for a long time, but it fails to provide any. In addition, any alleged returns suffered by Addaday shall has no bearing whatsoever on the

amount owed by Addaday to our clients. They are separate issues and our clients do not appreciate how your clients trying to mix them and use it to reduced the amount owed.

5.  All payments obligations (for goods delivered, purchasing of shares, signed PIs, will need to be secured by some sort of collaterals, and our clients will file necessary documentations to perfect such security.

Caixing "Marcus" Ma, Esq.
Ardent Law Group, PC
4340 Von Karman Ave, Suite 290
Newport Beach, California 92660
Tel: 949-299-0188
Fax: 949-299-0127

--------------------------------------------------

This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

---

**From:** Afshin Hakim <afshin@hakimlawgroup.com>
**Sent:** Monday, June 14, 2021 12:57 PM
**To:** Marcus Ma <mma@ardentlawgroup.com>
**Cc:** Vic Addaday <vic@addaday.com>
**Subject:** RE: Addaday, Victor Yang, Unpaid Balance re Addaday's Promissory Note

Dear Marcus,

Please see the attached correspondence in connection with matter between your client and Addaday, Inc.

Sincerely,

Afshin



**Afshin Hakim**
**Hakim Law Group**
**11812 San Vicente Blvd., Suite 380**
**Los Angeles, CA  90049**
**(424) 299-8913 (w)**
**(310) 993-2203 (c)**
**(310) 943-2156 (fax)**
**Email:**  afshin@hakimlawgroup.com
www.hakimlawgroup.com

---

**From:** Afshin Hakim
**Sent:** Thursday, June 3, 2021 6:09 PM
**To:** Marcus Ma <mma@ardentlawgroup.com>
**Subject:** RE: Addaday, Victor Yang, Unpaid Balance re Addaday's Promissory Note

Marcus,

I have attached just a preliminary spreadsheet on the $250,000+ worth of defective products that your client is responsible for and this is not fully updated – the final number will probably come closer to $350,000. The damages cause by this gross negligence hits the business in a number of additional ways, including negative reviews and reduced payment from the big stores.

I would advise your client to re-consider the offer and hopefully we can come to an amicable resolution on this. My client wants to pay off its obligations but there needs to be some accountability for defective products on your clients part.

Thank you,

Afshin



**Afshin Hakim**
**Hakim Law Group**
**11812 San Vicente Blvd., Suite 380**
**Los Angeles, CA  90049**
**(424) 299-8913 (w)**
**(310) 993-2203 (c)**
**(310) 943-2156 (fax)**
**Email:**  afshin@hakimlawgroup.com
www.hakimlawgroup.com

---

**From:** Marcus Ma <mma@ardentlawgroup.com>
**Sent:** Wednesday, June 2, 2021 12:39 PM
**To:** Afshin Hakim <afshin@hakimlawgroup.com>
**Subject:** Addaday, Victor Yang, Unpaid Balance re Addaday's Promissory Note

Afshin,

   According to the fully executed Agreement on Debt Guarantee and Sale of Equity of Addaday, Inc. and the Promissory Note for $1,491,764.70 USD by Addaday, Inc. ("Addaday"), Addaday owed to Artist International Co., Ltd. ("Artist International") $1,491,764.70 USD. Addaday is to pay $93,235.00 every month, starting on October 1, 2020.

   According to the most updated record of Artist International, as of June 2, 2021, Addaday paid only $374,705.00, and the last payment was made on or about March 9, 2021. On June 1, 2021, Addaday was supposed to pay the installment for June 2021, but Artist International has not received any payment for June, 2021 from Addaday. This email shall be a written notice of default on Addaday and Victor Yang, for all unpaid monthly installments, including monthly installments for March 2021, April 2021, May 2021 and June 2021.

   Please ask Addaday or Victor Yang to pay the unpaid monthly installments, where they are and have been in default. Thank you, and looking forward to hear from you.

Caixing "Marcus" Ma, Esq.
Ardent Law Group, PC
4340 Von Karman Ave, Suite 290
Newport Beach, California 92660
Tel: 949-299-0188
Fax: 949-299-0127

---------------------------------------------------

This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

1
2
3
4
5
6
7
8
9
10
11
12
# Exhibit  6
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| From: | Afshin Hakim <afshin@hakimlawgroup.com> |
|---|---|
| Sent: | Friday, June 18, 2021 9:44 AM |
| To: | Marcus Ma |
| Cc: | Vic Addaday |
| Subject: | RE: Addaday, Victor Yang, Unpaid Balance re Addaday's Promissory Note (FRE 408 Settlement Communications; Cal Evid Code 1152 Settlement Negotiations) |
| Attachments: | Addaday - Evidence of Individual Returns (6-17-21).xlsx |

Marcus,

Here is additional evidence that reflects all of the individual returns (in addition to the Target return documentation I previously sent).  As you can see, this is a significant issue that has caused serious damage to my client.  Their offer to reduce the note obligation by $250,000 is well below the actual amount of damages incurred should they pursue litigation against your client.

Please advise on our last offer and the counter offer is simply not acceptable.

Afshin


**Afshin Hakim**
**Hakim Law Group**
**11812 San Vicente Blvd., Suite 380**
**Los Angeles, CA  90049**
**(424) 299-8913 (w)**
**(310) 993-2203 (c)**
**(310) 943-2156 (fax)**
**Email:** afshin@hakimlawgroup.com
www.hakimlawgroup.com

---

**From:** Afshin Hakim
**Sent:** Wednesday, June 16, 2021 8:48 AM
**To:** 'Marcus Ma' <mma@ardentlawgroup.com>
**Cc:** Vic Addaday <vic@addaday.com>
**Subject:** RE: Addaday, Victor Yang, Unpaid Balance re Addaday's Promissory Note (FRE 408 Settlement Communications; Cal Evid Code 1152 Settlement Negotiations)

Marcus,

Following up on my previous email, I have attached further evidence of all of the returns from Target; this is indicative of the gross negligence attributable to your client in manufacturing the product and they will be held responsible for all of the damages caused to my client.

In addition, my client has recently discovered that Eras has surreptitiously filed for a trademark under the "Addaday" brand (the company brand name which they were engage to manufacture products for) in China.  This is completely unacceptable and the settlement of any payment obligations of Addaday on the existing note will be contingent on your client assigning all rights to the Addaday trademark to my client.

Sincerely,

Afshin

**Afshin Hakim**
**Hakim Law Group**
**11812 San Vicente Blvd., Suite 380**
**Los Angeles, CA  90049**
**(424) 299-8913 (w)**
**(310) 993-2203 (c)**
**(310) 943-2156 (fax)**
**Email:**  afshin@hakimlawgroup.com
www.hakimlawgroup.com

---

**From:** Afshin Hakim
**Sent:** Tuesday, June 15, 2021 9:16 AM
**To:** Marcus Ma <mma@ardentlawgroup.com>
**Cc:** Vic Addaday <vic@addaday.com>
**Subject:** RE: Addaday, Victor Yang, Unpaid Balance re Addaday's Promissory Note (FRE 408 Settlement Communications; Cal Evid Code 1152 Settlement Negotiations)

Marcus,

I appreciate the response and we will get you additional proof of defective products that have cause over $260,000.  I respectfully disagree that returns should have no bearing on amounts owed to Eras/Artist; as the line of credit provided to Addaday was used to purchase products from Eras/Artist – products that were defective.  So it absolutely does have bearing.  My client has repeatedly asked them to fix the issues to no avail.  So while the $38,000 reduction is a nice gesture, it does not make my client whole.

In addition, please send us copies of the invoices for $383,722.64; I am assuming this is for product that has not been shipped yet.  Honestly, based on the track record so far, my client has no intent on doing more business with Eras/Artist as the products continue to be returned.  As a minimum, they may consider it if there's a guarantee that any additional future returns would be credited dollar for dollar and they hold back at least half of the payment to offset against such returns.

Thanks,

Afshin

**Afshin Hakim**
**Hakim Law Group**
**11812 San Vicente Blvd., Suite 380**
**Los Angeles, CA  90049**
**(424) 299-8913 (w)**
**(310) 993-2203 (c)**
**(310) 943-2156 (fax)**

**Email:** afshin@hakimlawgroup.com
www.hakimlawgroup.com

**From:** Marcus Ma <mma@ardentlawgroup.com>
**Sent:** Tuesday, June 15, 2021 8:46 AM
**To:** Afshin Hakim <afshin@hakimlawgroup.com>
**Subject:** RE: Addaday, Victor Yang, Unpaid Balance re Addaday's Promissory Note (FRE 408 Settlement Communications; Cal Evid Code 1152 Settlement Negotiations)

Afshin,
I have relayed the proposal to the clients, and here is clients' counter:

1. As to the outstanding payment obligations based on the goods delivered and the Agreement on Debt Guarantee, Promissory Note, and Personal Guarantee by Victor Yang, in the amount of $1,117,059.70 USD. The debt is for goods delivered. Based on a  good faith gesture and for the relationship between the parties, our clients have not charged any interest for the outstanding balance. However, clients are willing to provide a $38,000 USD good faith discount to this amount, and make it $1,079,059.70 USD, payable in six months in equal installments, staring from July 1, 2021.

2. As to the orders where Addaday has signed the PIs, as part of the settlement, Addaday will need to pay for them within three months. The amount is $383,722.64 USD.

3. As to the amount owed for purchasing Eras' shares $253,500.00 USD, our clients agree to be paid within 6 months in equal installments, starting from July 1, 2021

4. As to the alleged defective goods, our clients have certain protocol to follow. Our clients have tried communicating with Addaday and urged Addaday to provide proof of the return and defect (listing numbers is not enough). Our clients are willing to work with Addaday and have the problems for any defective products resolved, but Addaday needs to provide more proofs, as it has been urged to provide such proofs for a long time, but it fails to provide any. In addition, any alleged returns suffered by Addaday shall has no bearing whatsoever on the amount owed by Addaday to our clients. They are separate issues and our clients do not appreciate how your clients trying to mix them and use it to reduced the amount owed.

5. All payments obligations (for goods delivered, purchasing of shares, signed PIs, will need to be secured by some sort of collaterals, and our clients will file necessary documentations to perfect such security.

Caixing "Marcus" Ma, Esq.
Ardent Law Group, PC
4340 Von Karman Ave, Suite 290
Newport Beach, California 92660
Tel: 949-299-0188
Fax: 949-299-0127

----------------------------------------------------

This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

**From:** Afshin Hakim <afshin@hakimlawgroup.com>
**Sent:** Monday, June 14, 2021 12:57 PM

**To:** Marcus Ma <mma@ardentlawgroup.com>
**Cc:** Vic Addaday <vic@addaday.com>
**Subject:** RE: Addaday, Victor Yang, Unpaid Balance re Addaday's Promissory Note

Dear Marcus,

Please see the attached correspondence in connection with matter between your client and Addaday, Inc.

Sincerely,

Afshin


**Afshin Hakim**
**Hakim Law Group**
**11812 San Vicente Blvd., Suite 380**
**Los Angeles, CA  90049**
**(424) 299-8913 (w)**
**(310) 993-2203 (c)**
**(310) 943-2156 (fax)**
**Email:** afshin@hakimlawgroup.com
www.hakimlawgroup.com

---

**From:** Afshin Hakim
**Sent:** Thursday, June 3, 2021 6:09 PM
**To:** Marcus Ma <mma@ardentlawgroup.com>
**Subject:** RE: Addaday, Victor Yang, Unpaid Balance re Addaday's Promissory Note

Marcus,

I have attached just a preliminary spreadsheet on the $250,000+ worth of defective products that your client is responsible for and this is not fully updated – the final number will probably come closer to $350,000.  The damages cause by this gross negligence hits the business in a number of additional ways, including negative reviews and reduced payment from the big stores.

I would advise your client to re-consider the offer and hopefully we can come to an amicable resolution on this.  My client wants to pay off its obligations but there needs to be some accountability for defective products on your clients part.

Thank you,

Afshin


**Afshin Hakim**
**Hakim Law Group**
**11812 San Vicente Blvd., Suite 380**
**Los Angeles, CA  90049**
**(424) 299-8913 (w)**
**(310) 993-2203 (c)**

**(310) 943-2156 (fax)**
**Email:** afshin@hakimlawgroup.com
www.hakimlawgroup.com

---

**From:** Marcus Ma <mma@ardentlawgroup.com>
**Sent:** Wednesday, June 2, 2021 12:39 PM
**To:** Afshin Hakim <afshin@hakimlawgroup.com>
**Subject:** Addaday, Victor Yang, Unpaid Balance re Addaday's Promissory Note

Afshin,

According to the fully executed Agreement on Debt Guarantee and Sale of Equity of Addaday, Inc. and the Promissory Note for $1,491,764.70 USD by Addaday, Inc. ("Addaday'), Addaday owed to Artist International Co., Ltd. ("Artist International") $1,491,764.70 USD. Addaday is to pay $93,235.00 every month, starting on October 1, 2020.

According to the most updated record of Artist International, as of June 2, 2021, Addaday paid only $374,705.00, and the last payment was made on or about March 9, 2021. On June 1, 2021, Addaday was supposed to pay the installment for June 2021, but Artist International has not received any payment for June, 2021 from Addaday. This email shall be a written notice of default on Addaday and Victor Yang, for all unpaid monthly installments, including monthly installments for March 2021, April 2021, May 2021 and June 2021.

Please ask Addaday or Victor Yang to pay the unpaid monthly installments, where they are and have been in default. Thank you, and looking forward to hear from you.

Caixing "Marcus" Ma, Esq.
Ardent Law Group, PC
4340 Von Karman Ave, Suite 290
Newport Beach, California 92660
Tel: 949-299-0188
Fax: 949-299-0127

---------------------------------------------------

This message and any attached documents contain information from the law firm of Ardent Law Group, P.C. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

## CERTIFICATION OF SERVICE

The under signed attorney certifies that copies of the foregoing **DECLARATION OF CAIXING MA IN SUPPORT OF DEFENDANTS/CROSS-COMPLAINANTS' REPLY TO PLAINTIFFS/CROSS-DEFENDANTS' OPPOSITION TO APPLICATION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT** was served upon all parties who have appeared on May 9, 2022.

*/s/ Hubert Kuo*_____
Hubert Kuo