JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDADAY, INC., a Delaware corporation, and VICTOR YANG, an individual<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ARTIST INTERNATIONAL CO., LTD., a foreign corporation, ERAS SPORTING CO., LTD., a foreign corporation, SUZHOU AIDISITE TRADING CO., LTD., a foreign corporation, LI-MING HSU, an individual, LI-WEI HOU, an individual, HUNG-WEN CHEN, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants<br><br>ARTIST INTERNATIONAL CO., LTD., a Belize company, ERAS SPORTING CO., LTD., a Taiwanese company,<br><br>　　　　　Counterclaimants,<br><br>v.<br><br>ADDADAY, INC., a Delaware corporation, and VICTOR YANG, an individual, SMART LYRICS, LLC, a California limited liability company, and ROES 1-10, inclusive,<br><br>　　　　　Counterdefendants. | Case No.2:21-cv-05525-AB (PLAx)<br>Assigned for all purposes to:<br>Judge: Hon. André Birotte Jr.<br><br>**JUDGMENT** |

[PROPOSED] JUDGMENT

Pursuant to the stipulation between the parties, and on the unopposed motion [Docket #153] of Defendants and Counterclaimants Artist International Co., Ltd., Eras Sporting Co., Ltd., Suzhou Aidisite Trading Co., Ltd. and Defendants Li-Ming Hsu, Li-Wei Hou, Yi-Bi Lin, and Hung Wen Chen (collectively the "Artist Parties"), based on a breach of that stipulation, judgment in this action is hereby awarded in favor of Defendants against plaintiffs and counterdefendants Victor Yang, an individual, and Addaday, Inc., a Delaware corporation, and counterdefendant Smart Lyrics, LLC, a California limited liability company (collectively the "Addaday Parties"), exclusive of prejudgment interest, costs, and attorney fees, and having given for all credits as provided for in the stipulation, as follows:

IT IS HEREBY ORDERED THAT Judgment Shall enter as follows:

1. The sum of $1,495,000 in favor of the Artist Parties against the Addaday Parties for the first cause of action for breach of the Stock Repurchase Agreement; second cause of action for breach of the Note for Stock Repurchase Agreement; third cause of action for breach of the Debt Guarantee Agreement; fourth cause of action for breach of Note for Debt; fifth cause of action for breach of the guarantee; sixth cause of action for breach of Performa Invoices; seventh cause of action for breach of implied covenant of good faith and fair dealing; eighth cause of action for breach of the Stock Purchase Agreement; ninth cause of action for promissory fraud; tenth cause of action for void transfer Civil Code §3439.04(a)(1); and eleventh cause of action for voidable transfer Civil Code §3439.04(a)(2).
2. The Artist Parties are entitled to court costs pursuant to Federal Rules of Civil Procedure 54(d)(1).
3. The Artist Parties are further entitled attorney's fees pursuant to the parties' stipulation.
4. The Artist Parties shall submit a declaration regarding Attorney's Fees, Post-Judgment Interest pursuant to 28 U.S.C. Section 1961 (consistent with the date

this Order issues), and costs on or before September 8, 2023.

Date: August 29, 2023

                                                                                       _____
Hon. André Birotte Jr.
U.S. District Judge